STATE OF IOWA v. JAMES WALLACE, Appellant.

AFFIRMANCE ON TRANSCRIPT.

*Appeal from Appanoose District Court.*—HON. H. C. TRAVERSE, Judge.

MONDAY, OCTOBER 22, 1894.

PER CURIAM.—The defendant was convicted of the crime of nuisance, and, from the judgment rendered, appeals. The cause is submitted in this court upon a transcript which does not show the evidence which was introduced on the trial, without an argument for either party. We have examined the record with care, but do not find any ground upon which the judgment of the district court can be disturbed. AFFIRMED.